Clifford EPPERSON, Sr.,
Plaintiff–Appellant,

v.

Howard SKOLNIK; et al.,
Defendants–Appellees.

No. 08–15944.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 13, 2009.*

Filed Oct. 29, 2009.

Clifford Epperson, Sr., Las Vegas, NV, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: B. FLETCHER, LEAVY, and RYMER, Circuit Judges.

### MEMORANDUM **

Clifford Epperson, Sr., a former Nevada state prisoner, appeals pro se from the district court's judgment dismissing under 28 U.S.C. § 1915A his 42 U.S.C. § 1983 action alleging violations of his constitutional rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000). We affirm.

The district court properly dismissed Epperson's access to courts claim because Epperson failed to allege an actual injury. *See Lewis v. Casey,* 518 U.S. 343, 351–53, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996) (explaining that there is no "abstract, free-standing right to a law library or legal assistance," and that, to establish an actual injury, a prisoner must demonstrate that his efforts to pursue a nonfrivolous legal claim were hindered).

The district court did not abuse its discretion by denying Epperson's request for appointment of counsel because Epperson did not demonstrate exceptional circumstances. *See Terrell v. Brewer,* 935 F.2d 1015, 1017 (9th Cir.1991).

We do not consider the factual allegations stated for the first time in Epperson's appellate briefs. *See United States v. Elias,* 921 F.2d 870, 874 (9th Cir.1990) ("[F]acts not presented to the district court are not part of the record on appeal.").

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Epperson's remaining contentions are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.